# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lynn Elizabeth Glaser aka Lynn E. Glaser aka Lynn Glaser aka Lynn Kunsman aka Lynn Elizabeth Kunsman aka Lynn Best aka Lynn E. Kunsman<br>David Eric Glaser aka David E. Glaser aka David Glaser<br><br>Debtor(s) | CHAPTER 13<br><br>ADVERSARY NO. 18-00094-ref<br><br>BK No. 17-16213 ref |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust and index same on the master mailing list.

    Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734