```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
Glaser,
          Plaintiff                                              Adv. Proc. No. 18-00094-ref

Wilmington Savings Fund Society, FSB,
          Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv              Page 1 of 1           Date Rcvd: May 09, 2018
                              Form ID: pdf900        Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
```
ust            +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla            +David Eric Glaser,    7495 Camp Meeting Rd.,    New Tripoli, PA 18066-3811
pla            +Lynn Elizabeth Glaser,    7495 Camp Meeting Rd.,    New Tripoli, PA 18066-3811
dft            +Wilmington Savings Fund Society, FSB,    Christiana Bank & Trust Company,    3801 Kennett Pike,
                Greenville Center,    Greenville, DE 19807-2324
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 10 2018 02:48:43      Frederic J. Baker,
                Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV May 10 2018 02:48:43      SHAKIMA L. DORTCH,
                U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 10 2018 02:48:43      United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 10 2018 02:48:43      United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Plaintiff Lynn Elizabeth Glaser bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Plaintiff David Eric Glaser bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust et al... bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: David Eric Glaser & Lynn Elizabeth Glaser | : | Chapter 13 |
| | : | |
| Debtors | : | Bankruptcy No: 17-16213 |

David Eric Glaser &
Lynn Elizabeth Glaser
   Plaintiffs
   vs
Wilmington Savings Fund Society, FSB,
DBA Christiana Trust, not in its individual
capacity, but solely in its capacity as
Owner Trustee for WF 19 Grantor Trust
   Defendant

Adversary No. 18-00094

## ORDER OF COURT

AND NOW, this _____ day of _____, 2018, upon consideration of Stipulation of Settlement of Complaint to Determine Dischargeability of Debt and to Avoid Second Lien, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

**Date: May 9, 2018**

BY THE COURT:

**Honorable Richard E. Fehling
United States Bankruptcy Judge**